**E. S. BUSH v. STATE OF FLORIDA**

24 So. (2nd) 521          January Term, 1946
January 15, 1946          Division B

*Jones & Latham,* for appellants.

*J. Tom Watson,* Attorney General, *Reeves Bowen* and *Cecil T. Farrington,* Assistant Attorneys General, for appellees.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.